# United States District Court

**SOUTHERN DISTRICT OF MISSISSIPPI**



**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

November 20, 2006



The Honorable David C. Bramlette
United States District Judge
P. O. Box 928
Natchez, MS 39121

       **RE:**   **DUPRE, Moses K.**
             **Docket No.: 5:03cr18DCB-AGN**
             **(Original Dkt No: 01-83-B-M2)**
             <u>**REQUESTING COURT INSTRUCTION/**</u>
             <u>**TERM OF PROBATION EXPIRES**</u>
             <u>**NOVEMBER 26, 2006**</u>

Dear Judge Bramlette:

    The above-named offender was sentenced in the Middle District of Louisiana by Chief U.S. District Judge Frank J. Polozola, November 27, 2001, after pleading guilty to Aiding and Abetting Embezzlement, Misapplication, Theft and Obtaining by Fraud Federal Work-Study Funds. Dupre was sentenced to five (5) years probation with the special conditions he, 1) provide the probation officer with access to any requested financial information, 2) not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule, 3) the defendant be placed on home detention for 30 days. The Court ordered Dupre to pay restitution in the amount of $39,812.00. He is scheduled to expire November 26, 2006.

    The offender agreed to make payments of not less than $100.00 per month, and has made consistent payments since the start of his supervision. Jurisdiction of this case was transferred to the Southern District of Mississippi May 10, 2003. Since the start of probation, Dupre has maintained employment as the Compliance Officer with Alcorn State University in Lorman, Mississippi. He has remained compliant with the rules of supervision while residing in the Southern District of Mississippi.

**RE: DUPRE, Moses K.**
**Docket No.: 5:03cr18DCB-AGN**
**(Original Dkt No: 01-83-B-M2)**
**REQUESTING COURTINSTRUCTION/**
**TERM OF PROBATION EXPIRES**
**NOVEMBER 26, 2006**

As of this writing the offender has a current balance of $21,256.99. This officer respectfully recommends the Court allow Dupre's probation to expire November 26, 2006, as scheduled, with any remaining restitution balance to be monitored by the U.S. Attorney's Financial Litigation Unit (FLU).

Please advise if Your Honor concurs with this plan or if the Court wishes another course of action. Please mark the appropriate statement below and file with the Clerk of Court.

Respectfully submitted,

Chris Counts
U.S. Probation Officer

Reviewed and Approved:

Martha S. Gardner, Supervising
U.S. Probation Officer

✓ The Court allows Moses Dupre's probation to expire, as scheduled, on November 26, 2006, with the United States Attorney's Financial Litigation Unit monitoring and collecting any remaining restitution balance.

_____ The Court wishes an alternative plan of action as follows:

_____

_____

Dated this the 27th day of November 2006.

David C. Bramlette
United States District Judge